**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| WADE A. CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-86-SMY-RJD |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION, d/b/a AMTRAK, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Wade A. Cannon, by and through his counsel of record, and hereby stipulates to **DISMISSAL WITH PREJUDICE** of all claims made in this lawsuit and the Complaint filed herein against Defendant National Railroad Passenger Corporation d/b/a Amtrak. The parties shall bear their own costs, expenses and attorneys' fees.

Respectfully Submitted,

**KUJAWSKI & ASSOCIATES, LLC**

/s/ John P. Kujawski
John P. Kujawski # 3128922
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
(618) 622-3600 – Telephone
(618) 622-370000 – Facsimile
jkujawksi@kujawskiassociates.com

*Attorneys for Plaintiff Wade A. Cannon*

**SWANSON, MARTIN & BELL, LLP**

/s/ Robert W. Stephens
Robert W. Stephens, IL #6295474
Kristen A. Cooke  IL #6314489 (*Pro Hac Vice*)
A. Jay Koehler #6207310 (*Pro Hac Vice*)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300

1

Chicago, IL 60611
(312) 321-3513 - telephone
(312) 321-0090 – facsimile
rstephens@smbtrials.com
kcooke@smbtrials.com
jkoehler@smbtrials.com

*Attorneys for Defendant*
*National Railroad Passenger Corporation d/b/a*
*Amtrak*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Stipulation of Dismissal With Prejudice** was filed and served upon all counsel of record via the court's CM/ECF system this **4th day of October 2021**.

/s/ John P. Kujawski _____